United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **SAMUEL MENCHACA RAMIREZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01340** |
| | § | |
| **MARKWAYNE MULLIN, *ET AL.*,** | § | |
| **Respondents.** | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief, (Dkt. No. 1), and Petitioner's Motion to Dismiss for Lack of Proper Venue and Jurisdiction, (Dkt. No. 2). After considering the petition, the motion, and applicable law, the Court concludes that the motion to dismiss should be granted and the petition dismissed without prejudice.

"The only district that may consider a habeas corpus challenge to present physical confinement pursuant to § 2241 is the district in which the [petitioner] is confined." *United States v. McPhearson*, 451 F. App'x 384, 387 (5th Cir. 2011) (citing *Rumsfeld v. Padilla*, 542 U.S. 426, 442–43 (2004); *Lee v. Wetzel*, 224 F.3d 370, 375 n.5 (5th Cir. 2001)).

According to Petitioner's motion, Petitioner is detained in Pearsall, Texas. (Dkt. No. 2 at 2). Pearsall, a city in Frio County, lies in the Western District of Texas. 28 U.S.C. § 124(d)(4). Accordingly, Petitioner is not detained within the Southern District of Texas, and the Court lacks jurisdiction to consider the petition.

Ordinarily, the Court would transfer a petition to the proper district when it lacks jurisdiction. However, Petitioner is represented by counsel and, instead of transfer, he requests dismissal of the petition without prejudice. The Court finds that the requested relief is appropriate and grants Petitioner's motion to dismiss without prejudice.

For the reasons stated above, Petitioner's Motion to Dismiss for Lack of Proper Venue and Jurisdiction, (Dkt. No. 2), is **GRANTED**. Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief, (Dkt. No. 1), is **DISMISSED WITHOUT PREJUDICE.**

A final judgment will follow.

It is so **ORDERED**.

**SIGNED** on August 3, 2026.

John A. Kazen
United States District Judge